UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL LORUSSO,

    Plaintiff,

-vs-                                                  Case No.   8:23-cv-236-CEH-AEP

STARBUCKS COMPANY,

    Defendant.
_____/

**<u>ORDER</u>**

Mr. Lorusso, a Florida prisoner, filed a civil rights violation complaint (Doc. 1) in which he contends he was denied service and called a derogatory name because of his race while at a Starbucks store in Clearwater, Florida. He also moved to proceed *in forma pauperis* under 28 U.S.C. § 1915 (Doc. 4).

Section 1915(g) limits a prisoner's ability to bring a civil action *in forma pauperis* under certain circumstances:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Thus, if a prisoner has had three or more cases dismissed for one of the recited reasons, he cannot proceed *in forma pauperis* and must pay the filing fee in full when the lawsuit is

1

initiated. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002).

Mr. Lorusso has at least three prior cases that count as "strikes" because they were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. They include: *LoRusso v. McCabe*, 8:20-cv-1916-TPB-AEP (M.D. Fla.); *LoRusso v. Fayetteville, Ga.*, No. 1:03-cv-5-WLS (M.D. Ga.); *LoRusso v. Upton*, 1:03-cv-132-3-WLS (M.D. Ga.); and *LoRusso v. Dillinger*, No. 8:20-cv-2748-WFJ-AAS (M.D. Fla.). And he has failed to allege facts showing he is under imminent danger of serious physical injury. Therefore, he may not proceed *in forma pauperis*.

Accordingly, the complaint (Doc. 1) is **DISMISSED** without prejudice to filing a new complaint, in a new case with a new case number, upon the payment of the $402.00 filing fee. The motion to proceed *in forma pauperis* (Doc. 4) is **DENIED** as moot. The **Clerk** must close the case.

ORDERED in Tampa, Florida on February 6, 2023.

Charlene Edwards Honeywell
United States District Judge

Copy to: Michael Lorusso, *pro se*